**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-cr-00028-7-APM |
| | ) | |
| LAURA STEELE | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO JOIN**
**DEFENDANT CALDWELL'S MOTION TO DISMISS**

Laura Steele, through counsel, respectfully requests that the Court allow her to join Defendant

Thomas Caldwell's motion to dismiss. The motion is not fact-specific to one defendant and would

appear to apply equally to all defendants if granted. Further, it is in the interest of judicial economy

to allow this motion, and government counsel has indicated no objection to the motion to join.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____

Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Laura Steele

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion to Join Motion to Dismiss and proposed Order is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 29th day of June, 2021.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper

PeterCooperLaw

2