UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )　<br>　　　　　　　　　　　　　　　　　)　<br>　　　v.　　　　　　　　　　　　　　)　　CASE NO. 1:21-cr-00028-7-APM<br>　　　　　　　　　　　　　　　　　)<br>LAURA STEELE　　　　　　　　　)<br>_____ )　| |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Laura Steele, by and through undersigned counsel respectfully requests that the Court modify the conditions of release in this matter, specifically to allow the Ms Steele to leave her home for vacation as described below. In support of this Motion, Ms Steele states the following:

1. On 24 March, 2021, the Court granted Ms Steele's bond motion and released her on home confinement at her residence with GPS monitoring. A condition of release was a prohibition on the use of internet/social media. Ms Steele is being supervised by U.S. probation in Winston-Salem, North Carolina. Counsel has consulted with Ms Steele's supervision officer, Mr John Campbell. Mr Campbell relates that while there have been some difficulties regarding technical concerns, these have not been attributable to Ms Steele. She and her husband have worked diligently with that office to resolve all problems. Mr Campbell informs to date, Ms Steele has fully complied with obligations.

2. Ms Steele requests permission to leave her home for the period of 10 July, through 17 July 2021 for family vacation. This is a vacation that has been booked and planned since the end of 2020. The location of the vacation is 40179 Cutty Sark Drive, Avon, NC. The people in attendance would be Ms Steele and her husband, Ms Steele's two children and their fiancés, Mr Steele's father

and Ms Steele's mother, and their dog. Counsel has shared this information with Mr Campbell. Based on Ms Steele's current compliance status, and that the majority of her family are involved in law-enforcement, Mr Campbell is comfortable this vacation will not cause any issues with Ms Steele's other conditions of release.

WHEREFORE, Laura Steele respectfully requests that she be permitted to leave her home from 10 July to 17 July 2021 for the purpose of family vacation.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Laura Steele

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Modify Conditions of Release is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 29th day of June, 2021.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper

2