# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>LAURA STEELE )<br>_____ ) | CASE NO. 1:21-cr-00028-7-APM |

## UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE MOTIONS

Laura Steele, through counsel, respectfully requests that the Court grant her additional time to file additional motions she may deem necessary. Ms Steele has requested leave to join the pending motion to dismiss but may have additional motions to file after completion of the discovery. Therefore, she respectfully requests an extension of time of at least 60 days to file additional motions. Ms Steele has no objection to the continued exclusion of time from the Speedy Trial calculation and notes that, at least with respect to her, should her motion to join Mr Caldwell's motion to dismiss be granted, the Speedy Trial clock is tolled for while that motion is pending. Counsel for the government does not object to this request.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Laura Steele

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion for Additional Time to File Motions is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 29th day of June, 2021.

                                      /s/ *Peter A. Cooper*
                                      Peter A. Cooper

PeterCooperLaw

2