# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CASE NO. 1:21-cr-00028-7-APM |
| ) | |
| LAURA STEELE        ) | |
| _____ ) | |

## ORDER

Upon consideration of the Defendant Steele's Request to Modify Conditions of Release, it is hereby ordered that the Motion be GRANTED and that the Defendant be permitted to leave her home from July 10, 2021, to July 17, 2021. Ms. Steele has been compliant will her pre-trial conditions, and based on the evidence presented at the detention hearing, she poses a relatively lesser threat to the community than others indicted in this matter. Ms. Steele's pre-trial supervision officer also consents to her request.

During the above period, Defendant shall reside at 40179 Cutty Sark Drive, Avon, NC. She will continue to be monitored via GPS during this period, though the court will temporarily relieve her of her home incarceration restrictions. All other conditions shall remain in place, including restrictions on use of electronic devices and the Internet.

Amit P. Mehta