# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 1:21-cr-00028-7-APM |
| ) | |
| LAURA STEELE ) | |
| _____ ) | |

## NOTICE OF JOINING MOTIONS

Defendant, Laura Steele, is charged in counts 1, 2, 3, and 4 of the pending Indictment in this matter. By and through undersigned counsel, Ms Steele provides notice to the Court and parties that she joins and adopts the her co-defendants' motions to dismiss and change venue. Specifically, she joins motions filed at PACER docket entries 273, 278, and 288.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Joining Motions is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 23rd day of July, 2021.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper