# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:21-cr-00028-7-APM |
| ) | |
| LAURA STEELE ) | |
| _____ ) | |

## SECOND NOTICE OF JOINING MOTIONS

Defendant, Laura Steele, is charged in counts 1, 2, 3, 4, 7, and 14 of the pending Indictment in this matter. By and through undersigned counsel, Ms Steele provides notice to the Court and parties that she joins and adopts her co-defendants' motions to: Reserve Right to File Substantive Motions (ECF 378), Motion to Dismiss Count Three (ECF 384), Motion to Dismiss Counts 1-4 (ECF 386), Motion to Dismiss and to Produce Grand Jury Minutes (ECF 385), and Motion to Dismiss Counts 1 and 2 for Failure to State an Offense and for Vagueness.

Respectfully Submitted,

/s/ *Peter A. Cooper*

Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Joining Motions is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 8th day of September, 2021.

/s/ *Peter A. Cooper*

Peter A. Cooper