UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:21-cr-00028 (APM) |
| ) | |
| LAURA STEELE ) | |
| _____ ) | |

**MOTION TO JOIN CO-DEFENDANTS' MOTIONS**

Laura Steele, through counsel, in the interest of judicial economy, respectfully requests that the Court allow her to join her co-defendants' motions to sever, and to continue. Specifically she joins motions filed at PACER docket entries 808, and 819.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Laura Steele

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Join Co-Defendants' Motions is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 12th day of January, 2023.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper