UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1-21-cr-28-7 (APM) |
| | : | |
| LAURA STEELE | : | |
| | : | |
| _____ | : | |

**MOTION FOR NEW TRIAL**

Laura Steele, through counsel, respectfully moves this Honorable Court For a new trial pursuant to Federal Rule of Criminal Procedure 33(b)(2), as well as an extension of time within which to submit briefing in support. In support of this motion, Ms Steele states as follows:

1. Ms Steele is before the Court having been found guilty of the six counts in the Superseding Indictments in this matter. A sentencing date is yet to be scheduled.

2. The jury returned its verdict in this matter on 20 March 2023. However, in the subsequent period following that verdict, matters have arisen leading to Ms Steele's ultimate request for a new trial. However, those issues are still being researched which will not be completed within the time span contemplated by Rule 33.

3. This Circuit has previously held that "Rule 33 clearly authorizes motions for extensions of time to file new trial motions." *United States v. Hall*, 370 F.3d 1204, 1206 (D.C. Cir. 2004). As the Circuit recognized, the allotted time for filing a new trial motion "may not always be 'adequate time to make a well-supported motion for a new trial' which is why Rule 33 'affords judges great flexibility to set a new date.'" *Hall*, 370 F.3d at 1206 (quoting *United States v. Marquez*, 351 U.S. App. D.C. 373, 291 F.3d 23, 28 (D.C. Cir.

2002). Finally, the commentary to the Rule provides that "Rule 33(b)(2) requires the defendant to move for a new trial within [fourteen] days after the verdict . . . *or within some other time set by the court* in an order issued during that same [fourteen]-day period." *See* Fed. R. Crim. P. 33(b)(2) advisory committee's note to 2005 amendment.

4. Ms Steele submits the foregoing motion so as to formally memorialize her request for a new trial and request that the Court provide an enlargement of time to fully brief this issue. Ms Steele submits that the complexity of the issues involved warrant an extension of time within which she is required to submit briefing both on her request for a new trial. On behalf of Ms Steele counsel will, as instructed by the Court, file a supplemental brief in support.

For the foregoing reasons, Ms Steele respectfully requests this Court to enlarge the time provided to file a supplemental brief regarding her request for a new trial pursuant to Federal Rule of Criminal Procedure 33.

Respectfully Submitted,

/s/ *Peter A. Cooper*

Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Laura Steele

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for New Trial is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record and co-defendants, this 7th day of April, 2023.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper